# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 16, 2024

Via ECF Filing

The Honorable Loretta A. Preska
    Daniel Patrick Moynihan United States Courthouse
        500 Pearl St., Courtroom 12A
            New York, NY 10007

        Re:    *United States* v. *Damon Ripley,* No. 1:02CR01106

Dear Judge Preska:

        We write on behalf of Defendant Damon Ripley.  Mr. Ripley's next court date is scheduled for July 24, 2024 at 10:30AM.  Given a conflict for the U.S. Probation Department, we have conferred with the Government, and with their approval respectfully ask whether Mr. Ripley's next court date could be moved to July 25, 2024 at 2:00PM.

                                Respectfully submitted,

                                */s/ Nicole Friedlander*

                                Nicole Friedlander

cc:  Dana R. McCann, AUSA (via ECF)

The conference currently scheduled for July 24, 2024 at
10:30 a.m. is hereby adjourned to July 25, 2024 at 2:00 p.m.
SO ORDERED.

Date:  07/16/2024

LORETTA A. PRESKA, U.S.D.J.